SCWC-29374

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

RICHARD DAMIAN SERRANO,
Petitioner/Defendant-Appellant,

vs.

STATE OF HAWAI‘I ,
Respondent/Plaintiff-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29374; S.P.P. NO. 03-1-0001 (CR. NO. 95-0-0321))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioner/Defendant-Appellant Richard Damian Serrano's

Application for Writ of Certiorari filed on December 15, 2011, is

hereby rejected.

DATED: Honolulu, Hawai‘i, January 24, 2012.

Michael Jay Green for
Petitioner/Defendant-
Appellant on the
application.

Jack N. Matsukawa,
Deputy Prosecuting
Attorney for Respondent/
Plaintiff-Appellee on
the response.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

